by Percival G. Ullman, Jr., against Edna N. Ullman.

PER CURIAM. Motion for stay granted, without costs, on condition that the defendant stipulate that the father have the custody of the child between Thursday and Monday of each week, perfect her appeal, place the cause on the calendar for the November term, and be ready for argument when reached. Settle order before the Presiding Justice. See, also, infra.

---

ULLMAN, Respondent, v. ULLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Percival G. Ullman, Jr., against Edna N. Ullman. No opinion. Order signed. See, also, supra.

---

In re UNGRICH v. UNGRICH et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Appeal from Special Term, New York County. Action by Martin L. Ungrich against Henry Ungrich, Jr., and another, individually and as executors of Henry Ungrich, deceased. From part of an order appointing a referee, defendants appeal. Modified and affirmed. See, also, 115 N. Y. Supp. 413; 126 N. Y. Supp. 419. Edward W. S. Johnston, for appellants. MacIntosh Kellogg, for respondent.

PER CURIAM. The order should be modified, by striking therefrom all after the word "referee" down to the words "and it is further ordered," and by inserting in lieu thereof the words "to take proof of what expenses the defendants have been put to in defending the action, and to report the same to the court, with his opinion as to which should be allowed to said defendants and charged against the income, and which should be charged against the corpus of the estate." As so modified, the order is affirmed, with $10 costs and disbursements to the appellants.

---

UNION BANK OF BROOKLYN v. SCHNEIDER et al. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by the Union Bank of Brooklyn against David Schneider and others. No opinion. Motion dismissed, without costs. See, also, 131 N. Y. Supp. 738.

---

In re UNION LIFE INS. CO. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of the Union Life Insurance Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Memorandum per curiam. Order filed.

---

UNITED METALS SELLING CO., Appellant, v. AMERICAN SMELTING & REFINING CO., Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the United Metals Selling Company against the American Smelting & Refining Company. J. A. Carver, for appellant. S. Untermyer, for respondent. No opinion. Order modified, as provided in order. Order filed. See, also, 143 App. Div. 929, 128 N. Y. Supp. 1148.

---

URIS, Respondent, v. CATHEDRAL PARKWAY REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Harris H. Uris against the Cathedral Parkway Realty Company and others. M. D. Steuer, for appellants. M. Hillquit, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

VAN BLARICUM, Respondent, v. LARSEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) Action by Effie J. Van Blaricum against Georgiana H. Larsen and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 130 N. Y. Supp. 925.

---

VAN RENNSELAER, Respondent, v. DORSEY, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Lyndsay Van Rennselaer against Stephen W. Dorsey. C. F. Birdseye, for appellant. J. L. Delafield, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

VAN WAGNER, Appellant, v. TILLY, Respondent. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by William F. Van Wagner against Charles A. Tilly.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment in the former action, not being upon the merits, is not a bar to the maintenance of the present action, and that the Municipal Court has jurisdiction of the cause of action set forth in the complaint.

---

In re VIVANTI. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Ferruccio A. Vivanti, deceased. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of In re Vivanti's Estate, 138 App. Div. 281, 122 N. Y. Supp. 954. Order filed.

---

VOGEL, Appellant, v. STRATTON MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Joseph Vogel against the Stratton Manufacturing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.